UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER BOTIMER,

        Plaintiff,                        Case No. 19-cv-12224
                                             Hon. Matthew F. Leitman

v.

HOLIDAY FOOD CENTER, INC.,

        Defendant.
_____/

## ORDER DENYING DEFENDANT'S
## MOTION FOR SUMMARY JUDGMENT (ECF No. 21)

On October 28, 2020, Defendant Holiday Food Center, Inc. filed a motion for summary judgment. (*See* Mot., ECF No. 21.) The Court held a video hearing on the motion on April 12, 2021. (*See* Notice of Hearing, ECF No. 26.) For the reasons explained on the record during the motion hearing, the motion is **DENIED**. The Court will now refer this matter for a settlement conference before the assigned Magistrate Judge.

    **IT IS SO ORDERED**.

                                                        s/Matthew F. Leitman
                                                        MATTHEW F. LEITMAN
Dated: April 12, 2021                      UNITED STATES DISTRICT JUDGE

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 12, 2021, by electronic means and/or ordinary mail.

                                            s/Holly A. Monda
                                            Case Manager
                                            (810) 341-9764